No. 11–9588. DA COSTA v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–9591. LISTER v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 7th Cir. Certiorari denied.

No. 11–9597. MOHSEN v. MORGAN STANLEY DEAN WITTER ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9615. MENDOZA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–9629. SYRUS v. BENNETT ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9659. HELLER v. OFFICE OF PERSONNEL MANAGEMENT. C. A. 5th Cir. Certiorari denied.

No. 11–9679. HASAN v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–9687. WHITE v. KILGORE. C. A. 6th Cir. Certiorari denied.

No. 11–9690. SMARTT v. DEPARTMENT OF EDUCATION, DEFAULT RESOLUTION GROUP. C. A. 2d Cir. Certiorari denied.

No. 11–9694. SEPULVEDA ESQUIVEL v. HALL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9712. BRAVO v. LOPEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9723. BROOM v. DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 11–9727. DYER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–9738. DAX v. WYOMING ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 11–9757. COLLINS v. LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.